UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
William L. Waldman (WLW-1452)

*Special Counsel for the Debtors*

In re:

Supor Properties Enterprises LLC, *et al.*[1],

Debtors.

Supor Properties 600 Urban Renewal, LLC,

Plaintiff,

v.

Ideanomics Inc.

Defendant.

Case No. 24-13427 (SLM)
Judge: Stacey L. Meisel
Chapter 11

(Jointly Administered)

Adv. Pro. No. 24-01205-SLM

# CERTIFICATION OF SERVICE

1. I,    Pavneet Kaur    :

   ☐ represent the_____ in the above-captioned matter.

   ☒ am the secretary/paralegal for K & L Gates, who is special counsel to the Debtors and

---

[1] The Debtors in these related chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

318744595.1

counsel to the Plaintiff in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On May 10, 2024, I sent a copy of the following pleadings and/or documents via Federal Express Overnight Deliver and US First Class Mail to Ideanomics Inc., attention to Alf Poor, Matt Fogel, and Keith Byers at 1441 Broadway, Suite 5116, New York, New York 10018:

- Verified Complaint filed on May 6, 2024, in the captioned adversary proceeding.
- Entered Order To Show Cause for Eviction of Defendant from Occupancy of Property
- Plaintiff's Memorandum of Law in Support of its Application by Order to Show Cause for Turnover of Estate Property
- Corrected Summons Issued to Supor Properties 600 Urban Renewal, LLC

A copy of the proof of delivery by Federal Express is attached hereto.

I also sent a copy of such documents by email to Alf Poor, Matt Fogel, and Keith Byers at the following email addresses:

**apoor@ideanomics.com**
**mfogel@ideanomics.com**
**kbyers@ideanomics.com**

3. I hereby certify under penalty of perjury that the above documents were sent to the listed parties using the mode of service indicated.

Dated:  May 14, 2024                                              */s/ Pavneet Kaur*

**Kaur, Pavneet**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, May 13, 2024 9:54 AM |
| **To:** | Kaur, Pavneet |
| **Subject:** | FedEx Shipment 274501994337: Your package has been delivered |

**This Message Is From an External Sender**
This message came from outside your organization.



# Hi. Your package was delivered Mon, 05/13/2024 at 9:47am.



Delivered to 1441 BROADWAY SUITE 5116, New York, NY 10018

**OBTAIN PROOF OF DELIVERY**

How was your delivery ?



1

# Personal Message

PSShip eMail Notification

| | |
|---:|---|
| **TRACKING NUMBER** | [274501994337](#) |
| **FROM** | K & L Gates<br>One Newark Center<br>Tenth Floor<br>Newark, NJ, US, 07102 |
| **TO** | Ideanomics Inc.<br>Alf Poor, Matt Fogel, Keith Byers<br>1441 Broadway, Suite 5116<br>New York, NY, US, 10018 |
| **REFERENCE** | 1305085.00002 |
| **SHIPPER REFERENCE** | 1305085.00002 |
| **SHIP DATE** | Fri 5/10/2024 06:03 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Newark, NJ, US, 07102 |
| **DESTINATION** | New York, NY, US, 10018 |
| **SPECIAL HANDLING** | Deliver Weekday<br>No Signature Required |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



## Absolutely, positively committed to you

Every delivery deserves extra care. Even if it means one of our drivers takes on the role of ringbearer for a customer's wedding. We'll work to make your next delivery special too.

**WATCH FEDEX IN ACTION**

### This tracking update has been requested by:

| | |
|---:|:---|
| **Company name:** | K & L Gates |
| **Name:** | William Waldman |
| **Email:** | William.Waldman@klgates.com |

---

**FOLLOW FEDEX**

      

📧 Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:53 AM CDT 05/13/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](). All rights reserved.

Thank you for your business.