| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Eric S. Chafetz, Esq.<br>Erica G. Mannix, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: echafetz@lowenstein.com<br>Email: emannix@lowenstein.com<br><br>*Counsel to Ideanomics Inc.* | **Order Filed on November 19, 2024**<br>**by Clerk,**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| *In re*:<br><br>Supor Properties Enterprises LLC, et al.,[1]<br><br>                Debtors. | Case No. 24-13427 (SLM)<br>Judge: Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered) |
| Supor Properties 600 Urban Renewal, LLC,<br><br>                Plaintiff,<br><br>                v.<br><br>Ideanomics Inc.<br><br>                Defendant. | Adv. Pro. No. 24-01205 (SLM) |

**STIPULATION AND CONSENT ORDER EXTENDING DEADLINE TO COMMENCE MEDIATION**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: November 19, 2024**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these related chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

321411105.1

| | |
|---|---|
| Page: | 2 |
| Debtors: | SUPOR PROPERTIES ENTERPRISES LLC, *et al.* |
| Adv. Pro. No.: | 24-01205 (SLM) |
| Caption of Order: | STIPULATION AND CONSENT ORDER EXTENDING DEADLINE TO COMMENCE MEDIATION |

This stipulation and consent order (the "Stipulation") is entered into by and between the following parties: (1) defendant Ideanomics Inc. ("Ideanomics"); and (2) the plaintiff Super Properties 600 Urban Renewal, LLC ("Supor")—one of the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases. Ideanomics and Supor (together, the "Parties"), by their undersigned counsel, agree to be bound by the terms set forth herein.

**WHEREAS**, on April 2, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, on May 6, 2024, Supor filed the *Verified Complaint* [Adv. Dkt. 1] (the "Complaint") commencing the instant adversary proceeding against Ideanomics styled as *Super Properties 600 Urban Renewal, LLC v. Ideanomics Inc.*, Adv. Pro. No. 24-01205-SLM (Bankr. D.N.J.) (the "Adversary Proceeding"). The Complaint asserts claims against Ideanomics for (i) breach of contract, (ii) turnover of estate property, and (iii) unjust enrichment.

**WHEREAS**, on July 23, 2024, Ideanomics filed its answer to the Complaint and counterclaim against Supor [Adv. Dkt. 13].

**WHEREAS**, on August 12, 2024, Supor filed its *Answer to Counterclaim* [Adv. Dkt. 15].

**WHEREAS**, on September 18, 2024, the Court entered a *Joint Order Scheduling Pretrial Proceedings And Trial* [Adv. Dkt. 17] (the "Joint Scheduling Order").

**WHEREAS**, on September 18, 2024, the Court entered the *Mediation Order* [Adv. Dkt. 16] (the "Mediation Order") that, among other things, required mediation to commence not later than 60 days after entry of the Mediation Order (i.e., November 18, 2024), unless extended by further order of the Court.

| | |
|---|---|
| Page: | 3 |
| Debtors: | SUPOR PROPERTIES ENTERPRISES LLC, *et al.* |
| Adv. Pro. No.: | 24-01205 (SLM) |
| Caption of Order: | STIPULATION AND CONSENT ORDER EXTENDING DEADLINE TO COMMENCE MEDIATION |

**WHEREAS**, due to certain scheduling conflicts of Ideanomics and its counsel, the Parties have been unable to commence mediation to date.

**WHEREAS**, the Parties have agreed to commence mediation by no later than December 20, 2024.

**ACCORDINGLY, IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:**

1. The deadline to commence mediation is extended thirty-two (32) days to December 20, 2024.

2. This Order shall not affect the dates set forth in the Joint Scheduling Order.

**ACCEPTED AND AGREED TO:**

Dated: November 18, 2024

**LOWENSTEIN SANDLER LLP**

*/s/ Eric S. Chafetz*
Eric S. Chafetz, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email:  echafetz@lowenstein.com
Email:  emannix@lowenstein.com
*Counsel to Ideanomics Inc.*

**K&L GATES LLP**

*/s/ William L. Waldman*
William L. Waldman, Esq.
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email:  william.waldman@klgates.com

*Counsel to Supor Properties 600 Urban Renewal, LLC*

321411105.1